IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALLAN A. PETERSEN, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 2:07-cv-0785-MEF |
| | ) |
| DARLENE DREW, *et al.,* | ) |
| | ) |
|    Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #3) filed on September 20, 2007 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #2) entered on September 5, 2007 is adopted;

(3) The 28 U.S.C. § 2241 petition for habeas corpus relief filed by petitioner is DENIED and that the case is DISMISSED with prejudice.

DONE this the 31st day of October, 2007.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE