## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

2007 NOV -6  A 10: 45

**ALLAN PETERSEN,**
     **Petitioner/Movant,**

vs.

**DARLENE DREW, et al.,**
     **Respondent.**

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No.# 2:07-cv-0785-MEF

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN,** that Petitioner, Allan Petersen, appeals to the Eleventh Circuit Court of Appeals, the Order, Judgment and Decree of the district court entered in this case on the 31st day of October, 2007, by the Chief U.S. District Court Judge Mark E. Fuller, this 2nd day of November, 2007.

Respectfully submitted, this 2nd day of November 2007.

Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama  36112.

1 of 2.

## CERTIFICATE OF SERVICE

I, Allan Petersen, CERTIFY under the penalty of perjury, that I mailed a exact copy of this motion to the clerk of the district court at the address below on this 2nd day of November, 2007, by placing same into the institutional U.S. Postal Service Mail box on the grounds of Montgomery Federal Prison Camp, respectfully.

Allan Petersen 03533-094
Federal Prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama   36112.

Office of the Clerk
United States District Court
P.O.Box 711
Montgomery, Alabama  36101-0711.

2 of 2.

USA FIRST CLASS FOREVER

MONTGOMERY AL 361

05 NOV 2007 PM 1 L

Allan Petersen 03533-094
Fedral prison Camp Montgomery,
Maxwell Air Force Base,
Montgomery, Alabama    36112.

Office of the Clerk
United States District Court
P.O.Box 711
Montgomery, Alabama    36101-0711.

36101+0711