## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
  CLERK

TELEPHONE  
(334) 954-3610

January 24, 2008

Mr. Thomas K. Kahn, Clerk  
United States Court of Appeals, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA  30303

USDC No. CV-07-F-785-N

USCA No. 07-15264-A

IN RE:  ALLAN A. PETERSEN VS. DARLENE DREW

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

__Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [  ]

__First Notice of Appeal:__Yes,__ No  Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

__Yes, The Court Reporter(s) is/are:

__No                              Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____

____ IFP_; and/or APPEALABILITY/CPC is pending in this Court.

__Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:

__The Appellate docket fee has been paid _Yes,__No:____Date , Receipt#_____

__Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.

__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.

__Appeal Bond, ____ Supersedeas Bond

_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

__This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:

    __Volume(s) of Pleadings, __ Volume(s) of Transcripts,

    ____ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__

    __ Exhibits:____Envelope

    _1_ Volume (s) of Original Papers

cc:                                                         Sincerely,

                                                DEBRA P. HACKETT, CLERK

                                                By: Yolanda Williams  
                                                    Deputy Clerk