RECEIVED
2008 MAR 10 A 11: 32

RECEIVED
2008 MAR 10 A 11: 30

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 07, 2008

**Appeal Number: 07-15264-A**
Case Style: Allan A. Petersen v. Darlene Drew
District Court Number: 07-00785 CV-F-N

TO: Debra P. Hackett

CC: Allan A. Petersen (03533-094)

CC: Administrative File

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2008        2008 MAR 10  A 11: 30

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15264-A**
Case Style: Allan A. Petersen v. Darlene Drew
District Court Number: 07-00785 CV-F-N

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
  1 volume

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15264-A

ALLAN A. PETERSEN,

                                                Petitioner-Appellant,

versus

DARLENE DREW,
Warden of Federal Prison Camp,

                                                Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

      Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000).

      Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

      Appellant's motion for an extension of time to file a motion for a certificate of appealability is DENIED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia

                                          /s/ Gerald Bard Tjoflat
                                          UNITED STATES CIRCUIT JUDGE