# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2008         2008 MAR 10   A 11: 30

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15264-A**
Case Style: Allan A. Petersen v. Darlene Drew
District Court Number: 07-00785 CV-F-N


The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
  1 volume

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

                    Sincerely,

                    THOMAS K. KAHN, Clerk

                    Reply To: Deborah Owens (404) 335-6180


Encl.

DIS-4  (3-2005)